#129201
√#732795



UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 JAN 13 PM 4: 13
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:     *     CASE # 05-71090 S
           CHAPTER 13
    *

Pool, David & Lisa
Debtor     *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – checks are stale dated.

2. The balance of funds for the creditor in the amount of **$22.12** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 728733 | MCO Physicians LLC<br>P O Box 317<br>Toledo, OH 43697-0317 | 22.12 | 11/30/10 |

3. Your trustee's check # 732795 in the amount of $ 22.12 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 12/28/10

_____
John P. Gustafson
Trustee in Bankruptcy